UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

EDDIE ADAMS,

    Plaintiff,

v.

GENCO SUPPLY CHAIN SOLUTIONS,

    Defendant.                                     No. 12-cv-1055-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 5, 2013, this case is **DISMISSED** with prejudice.

                                             NANCY J. ROSENSTENGEL,
                                             CLERK OF COURT

                                 BY:        /s/*Sara Jennings*
                                                   **Deputy Clerk**

Dated: June 10, 2013

Digitally signed by David R. Herndon
Date: 2013.06.10 16:00:30 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT